UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
APR 0 5 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) 2:13-cr-00120-MCE
)
TRAVIS ONEAL WILSON )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum  () Ad Testificandum

Name of Detainee: TRAVIS ONEAL WILSON
Detained at (custodian): Rio Cosumnes Correctional Center
12500 Bruceville Road
Elk Grove, CA 95757

Detainee is:
a.) (X) charged in this district by: (X) Indictment () Information () Complaint
charging detainee with: Distribution of Methamphetamine.
or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) () return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **Forthwith BEFORE A UNITED STATES MAGISTRATE JUDGE** *in the Eastern District of California.*

Signature: /s/ Jill Thomas for Daniel McConkie
Printed Name & Phone No: DANIEL McCcONKIE (916) 554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum  () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **Forthwith**, before A UNITED STATES MAGISTRATE JUDGE, in the Eastern District of California, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause.
Date: April 5, 2013

_____
United States District/Magistrate Judge

---

Please provide the following, if known:

AKA(s) (if applicable): _____                Male
Booking or CDC #: X-3806902
Facility Address: 12500 Bruceville Road
Elk Grove, CA 95757
Facility Phone: (530)257-2181
Currently Incarcerated For: PC 1275; HS 11351-Possession for sale of controlled substances; HS 11352(A)- Transportation, sale, distribution of controlled substance; HS 11377(A) Possession of Narcotics and Specified Non-Narcotics

### RETURN OF SERVICE

Executed on _____    By: _____
                                       (Signature)