TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
TRAVIS WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVIS WILSON,<br><br>    Defendants. | CASE NO. 2:13-CR-00120 MCE<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

Defendant, TRAVIS WILSON, by and through his counsel of record, TONI CARBONE, and the GOVERNMENT hereby stipulate as follows:

1. By previous order, this matter was set for status on August 15, 2013.

2. By this stipulation, defendant now moves to continue the status conference until September 26, 2013, and to exclude time between August 15, 2013 and September 26, 2013 under Local Code T4. The GOVERNMENT does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    A. The GOVERNMENT does not object to the continuance.

    B. Discovery consisting of 268 pages has been provided to defense counsel and more discovery is being generated.

    C. Defense counsel needs additional time to review the discovery provided, conduct investigation, have additional meetings with Mr. Wilson and continue

to discuss the case with AUSA Jill Thomas. Defense counsel believes that additional time is needed to prepare and that she would not effectively be able to represent Mr. Wilson if not granted this additional preparation time.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 15, 2013 to September 26, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 9, 2013                BENJAMIN B. WAGNER
                                     United States Attorney

                          By:   /s/ Toni Carbone for
                                JILL THOMAS
                                Assistant U.S. Attorney

                                For the United States

Dated: August 9, 2013         By: /s/ Toni Carbone
                                  TONI CARBONE

                                For the Defendant

## **O R D E R**

Pursuant to the parties' stipulation and good cause appearing, IT IS SO FOUND AND ORDERED. The status conference currently scheduled for August 15, 2013, is vacated and **continued to September 26, 2013, at 9 a.m.** in Courtroom 7. The time period between August 15, 2013 and September 26, 2013 is excluded under Local Code T4 for the reasons stated in the parties' stipulation. The Court finds that the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated: August 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT