TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA 95603
Telephone: (530) 885-6244
Facsimile: (530) 885-8245

Attorney for Defendant
TRAVIS WILSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00120 MCE |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
| v. | |
| TRAVIS WILSON, | |
| Defendants. | |

    Defendant, TRAVIS WILSON, by and through his counsel of record, TONI CARBONE, and the GOVERNMENT hereby stipulate as follows:

    1.    By previous order, this matter was set for status on September 26, 2013.

    2.    By this stipulation, defendant now moves to continue the status conference until November 7, 2013, and to exclude time between September 26, 2013 and November 7, 2013 under Local Code T4. The GOVERNMENT does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

        A.    The GOVERNMENT does not object to the continuance.

        B.    Discovery consisting of 268 pages has been provided to defense counsel and more discovery is being generated.

        C.    Defense counsel needs additional time to review the discovery provided, conduct investigation, have additional meetings with Mr. Wilson and continue

1

to discuss the case with AUSA Jill Thomas. In addition, time is needed for defense counsel to obtain information about Mr. Wilson's prior record and background. The Government and defense counsel are also actively working toward resolution. Defense counsel believes that additional time is needed to prepare and that she would not effectively be able to represent Mr. Wilson if not granted this additional preparation time.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 26, 2013 to November 7, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: September 25, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 3 | | |
| 4 | | By: */s/ Toni Carbone for*<br>JILL THOMAS |
| 5 | | Assistant U.S. Attorney |
| 6 | | For the United States |
| 7 | Dated: September 25, 2013 | By:*/s/ Toni Carbone*<br>TONI CARBONE |
| 8 | | |
| 9 | | For the Defendant |

**O R D E R**

IT IS SO ORDERED.

Dated: October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT